FILED

2010 Jul-01  AM 11:34
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

CAROL J. GANT,                                )
                                              )
             Plaintiff,                       )
                                              )
      v.                                      )
                                              )  CIVIL ACTION NO.  10-G-0434-NE
MICHAEL J. ASTRUE,                            )
Commissioner of Social Security,              )
                                              )
             Defendant.                       )

MEMORANDUM OPINION

This cause is before the court upon the motion of the Commissioner

for to dismiss, or in the alternative, for summary judgment.  The court has elected

to treat the motion as one for summary judgment.

The basis for Commissioner's motion is that this action was not

timely filed under 42 U.S.C. § 405(g), which provides that a civil action seeking

review of a final decision by the Commissioner must be "commenced within sixty

days after the mailing to him of notice of such decision...."  The Commissioner has

interpreted "mailing" as the date of receipt by the individual of the Appeals

Council's notice of denial of request for review of the presiding officer's decision.

20 C.F.R. §  422.210(c).  The date of receipt is presumed to be five days after the

date of such notice, unless there is a reasonable showing to the contrary made to

the Appeals Council.  20 C.F.R. §§  404.901, 416.1401, 422.210(c).

The uncontradicted declaration of Earnest Baskerville establishes that

on December 22, 2009, the Appeals Council mailed a notice of it's action on the

plaintiff's request for review and of the right to commence a civil action within

sixty (60) days from the date of receipt.  Based upon the presumptive date of

receipt, the time limit for filing plaintiff's complaint was February 25, 2010.

Plaintiff's complaint was filed on March 1, 2010.  The plaintiff has shown no

circumstances in the present case that would justify a toling of the sixty-day

requirement of 42 U.S.C. § 405(g).  Accordingly, there exist no genuine issue as to

any material fact, and plaintiff's appeal is due to be dismissed with prejudice.

An appropriate order will be entered contemporaneously herewith.

DONE and ORDERED 1 July 2010.

UNITED STATES DISTRICT JUDGE
J. FOY GUIN, JR.